UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERIMIE DIXON,<br><br>     Plaintiff,<br><br>  v.<br><br>JW 88 CORP,<br><br>     Defendant. | CASE NO. 3:22-CV-5799-RJB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff Jerimie Dixon has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.

(2) The Clerk of the Court is directed to send a copy of this Order to counsel for Plaintiff and to the Honorable Robert J. Bryan.

Dated this 21st day of October, 2022.

                /s/ David W. Christel
                David W. Christel
                United States Magistrate Judge